IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Henry & Carla LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Blake's Lotaburger LLC; SimonCRE Broadway II, LLC; et al.,<br><br>　　　　　Defendants. | No. CV-19-05702-PHX-NVW<br><br>**ORDER** |

　　　This Court has reviewed the parties' Stipulation for Dismissal of Entire Action with Prejudice (Doc. 85), and good cause appearing therein,

　　　IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 85).

　　　IT IS FURTHER ORDERED all claims asserted by Plaintiff Henry & Carla, LLC against all defendants are dismissed with prejudice;

　　　IT IS FURTHER ORDERED as no claims remain, the entire action filed by Plaintiff Henry & Carla, LLC is dismissed with prejudice.  Each party will bear their own attorneys' fees and costs.

　　　Dated this 6th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge